# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ANN'S TRADING COMPANY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AWAD MANUFACTURING, INC., a California corporation; JENIN HOME FASHION, INC., a California corporation; AWAD ABDELHADIM, an individual; KHALED F. SHALABI, an individual; and DOES 1 to 10, <br><br> Defendants. | Case No. CV07-06307 MMM (MANx) <br><br> [Case assigned to Hon. Margaret M. Morrow; Discovery Magistrate Judge, Margaret A. Nagle] <br><br> **PERMANENT INJUNCTION AND ORDER OF DISMISSAL (CONSENT DECREE)** |

Upon the written stipulation of the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. Plaintiff ANN'S TRADING COMPANY, INC. is the owner of the copyrights and all rights to the works of art protected by U.S. copyrights registered as follows and collectively referred to herein as "the Copyrights":

49150.doc

      A.  VA 964-682

      B.  VA 1-002-122

      C.  VA 964-675

      D.  VA 964-673

2.  The Copyrights are valid and enforceable against Defendants.

3.  Defendants Awad Manufacturing, Inc., A California Corporation; Jenin Home Fashion, Inc., A California Corporation; Awad Abdelhadim; Khaled F. Shalabi and all of their employees, agents and others working together or in concert with them, are and shall be permanently and forever enjoined from importing, receiving, purchasing, distributing, manufacturing, advertising, selling or transferring any goods, products or items which bear the works of art identified in the Copyrights or any substantially or confusingly similar artwork.

4.  The Permanent Injunction shall be the judgment in this action. This action is dismissed, with each party to bear its own costs and attorneys fees. The Court retains jurisdiction of the matter to enforce the terms of the settlement between the parties and to enforce the Permanent Injunction, which shall remain in effect and shall survive dismissal of the action.

Dated: FEB. 14, 2008

      _____
      Margaret M. Morrow, US Dist. Judge

49150.doc

LIM, RUGER & KIM, LLP